Josephine Gerrard, CSBN 303221
1791 Solano Avenue, Suite F01
Berkeley, CA 94707
Phone (510) 838-0529
Fax (510) 280-1635
Jo@gerrardlawoffices.com
Attorney for the plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA ALBAY,<br><br>　　　　　Plaintiff,<br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security<br><br>　　　　　Defendant. | Case No: 2:18-cv-00146-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A THIRTY-DAY EXTENSION TO FILE PLAINTIFF'S OPENING BRIEF |

　　　　The parties stipulate that, subject to the approval of the Court, that Plaintiff shall be granted a thirty-day extension from the current June 23rd, 2018 deadline to file Plaintiff's Opening Brief. This is Plaintiff's first request for an extension. Therefore, the parties jointly request an extension up to and including **Monday July 23rd, 2018**.

Respectfully Submitted,

DATED: June 16th, 2018

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Josephine M. Gerrard
　　　　　　　　　　　　　　　　　　　　　　　　JOSEPHINE M. GERRARD,
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

DATED: June 16th, 2018

by email
/s/Daniel P. Talbert
Office Of General Counsel, SSA
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

/s/ Edward Alan Olsen, ss
U.S. Attorney's Office
ATTORNEY TO BE NOTICED

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 19, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER FOR A THIRTY-DAY EXTENSION TO FILE PLAINTIFF'S OPENING BRIEF - 2