Josephine Gerrard (CBN 303221)
1791 Solano Avenue, Suite F01
Berkeley, CA 94707
Phone (510) 838-0529
Fax (510) 280-1635
Jo@gerrardlawoffices.com
Attorney for the plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELICA ALBAY, | Case No.: 2:18-cv-00146-AC |
| Plaintiff, | |
| v. | STIPULATION AND ~~PROPOSED~~ ORDER FOR A THIRTY-DAY EXTENSION TO FILE PLAINTIFF'S REPLY BRIEF |
| NANCY A. BERRYHILL, | |
| Acting Commissioner of Social Security | |
| Defendant. | |

The parties stipulate, subject to the approval of the court, Plaintiff be granted a thirty-day extension from the current date September 4, 2018 to October 4, 2018 deadline to file Plaintiff's Reply Brief.

STIPULATION AND PROPOSED ORDER FOR A THIRTY-DAY EXTENSION TO FILE
PLAINTIFF'S REPLY BRIEF - 1

This is Plaintiff's first request for an extension. Therefore, the parties jointly request an extension up to and including **October 4, 2018**.

Respectfully Submitted,

August 23, 2018

/s/ Josephine M. Gerrard
JOSEPHINE M. GERRARD
Attorney for Plaintiff


Daniel P. Talbert
Office Of General Counsel, Social Security Administration
160 Spear Street Suite 800
San Francisco, CA 94105
415-977-8926
Fax: 415-977-8873
Email: Daniel.Talbert@ssa.gov
LEAD ATTORNEY
ATTORNEY TO BE NOTICED


Edward Alan Olsen, ss
U.S. Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814
916-554-2821
Fax: 916-554-2900
Email: Edward.Olsen@usdoj.gov
ATTORNEY TO BE NOTICED

STIPULATION AND PROPOSED ORDER FOR A THIRTY-DAY EXTENSION TO FILE PLAINTIFF'S REPLY BRIEF - 2

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

August 27, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE